# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2009

138507

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHANEKA WASHINGTON,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138507
COA: 281621
Berrien CC: 2007-400907-FC

On order of the Court, the application for leave to appeal the February 12, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

0615

Clerk